# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Evans, Barbara S. | United States District Court - District of New Mexico | 07/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (PT) | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
Joe Skeen Federal Building
500 North Richardson Avenue
Roswell, NM 88201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | Trustee | Trust #4 |
| 5. | Trustee | Trust #5 |
| 6. | Trustee | Trust #6 |
| 7. | Board Member, Executive Committee member | Holsum, Inc. |
| 8. | Board Member | SWS Family LLC |
| 9. | Board Member | JKS Resources LLC |
| 10. | Vice President | J. Kenneth and Alice Smith Family Foundation |
| 11. | President, Board of Directors | Alianza of New Mexico |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑    NONE *(No reportable agreements.)*

|  | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Atwood Malone Turner and Sabin PA (salary) | $30,585.40 |
| 2. 2019 | Holsom, Inc. (Director's Fee) | $4,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Atwood Malone Turner and Sabin PA (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. Pioneer Bank (cash) | | None | J | T | | | | | |
| 3. NY Life Insurance (whole) | | None | K | T | | | | | |
| 4. Holsum, Inc | G | Distribution | P1 | T | | | | | |
| 5. SWS Family, LLC | E | Distribution | P1 | W | | | | | |
| 6. JKS Resources, LLC | A | Royalty | L | W | | | | | |
| 7. IRA #1 (H) | | | | | | | | | |
| 8. SPDR S&P 500 ETF (SPY) | A | Dividend | J | T | | | | | |
| 9. Vanguard Total Stock Mkt Indx Adm (VTSAX) | A | Dividend | J | T | | | | | |
| 10. IRA #2 (H) | | | | | | | | | |
| 11. Invesco QQQ Trust (QQQ) | A | Dividend | J | T | | | | | |
| 12. iShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 13. SPDR S&P 500 ETF (SPY) | A | Dividend | J | T | | | | | |
| 14. Zeo Strategic Income Fd I (ZEOIX) | A | Dividend | J | T | | | | | |
| 15. Thornburg Better World I (TBWIX) | A | Dividend | K | T | | | | | |
| 16. TRUST ACCT #1 (H) | | | | | | | | | |
| 17. Schwab One Cash Account (cash) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ark Web X.0 ETF (ARKW) | | None | J | T | | | | | |
| 19. iShares Gold ETF (IAU) | | None | K | T | | | | | |
| 20. iShares S&P 100 ETF (OEF) | A | Dividend | K | T | | | | | |
| 21. PIMCO Short Term Instl (PTSHX) | A | Dividend | J | T | | | | | |
| 22. Thornburg Strategic Inc Fd I (TSIIX) | B | Dividend | K | T | | | | | |
| 23. American Century Focused Dynamic Gwth I (ACFSX) | | None | J | T | Buy | 05/03/19 | J | | |
| 24. Cohen & Steers Realty Shs (CSRSX) (Y) | | | | | | | | | |
| 25. Doubleline Colony Real Estate & Incm I (DBRIX) | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 26. Matthews Asian Grwth & Inc Fd Inv (MACSX) | A | Dividend | K | T | Sold | 09/12/19 | J | | |
| 27. | | | | | Buy | 09/13/19 | J | | |
| 28. Oakmark Eq & Inc Fd Inv (OAKBX) | B | Dividend | K | T | | | | | |
| 29. Poplar Forest Partners Inst (IPFPX) | | None | | | Sold | 05/02/19 | J | | |
| 30. Thornburg Better World Intl I (TBWIX) | | None | K | T | | | | | |
| 31. Tweedy Browne Global Value Fd (TBGVX) | A | Dividend | K | T | | | | | |
| 32. Vanguard Total Intl Stock Index Adm (VTIAX) | A | Dividend | J | T | | | | | |
| 33. Vanguard Total Stock Mkt Indx Fd Adm (VTSAX) | A | Dividend | K | T | | | | | |
| 34. TRUST ACCT #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. SCHWAB ONE CASH ACCOUNT (CASH) (Y) | | | | | | | | | |
| 36. ARK WEB X.0 ETF (ARKW) | | None | J | T | | | | | |
| 37. TEMPLETON GLOBAL BD FD A (TPINX) | A | Dividend | | | Sold | 09/26/19 | J | | |
| 38. THORNBURG STRATEGIC INCOME FD I (TSIIX) | A | Dividend | J | T | | | | | |
| 39. ZEO SHORT DURATION INC FD I (ZEOIX) | A | Dividend | J | T | | | | | |
| 40. American Century Focused Dynamic Gwth I (ACFSX) | | None | K | T | Buy | 05/03/19 | K | | |
| 41. AMG YACKTMAN FD I (YACKX) | B | Dividend | K | T | | | | | |
| 42. BUFFALO DISCOVERY FD (BUFTX) | B | Dividend | | | Sold | 08/08/19 | K | | |
| 43. Buffalo Discovery Fund (BUITX) | | None | K | T | Buy | 08/08/19 | K | | |
| 44. COHEN & STEERS REALTY SHS (CSRSX) (Y) | | | | | | | | | |
| 45. Doubleline Colony Real Estate & Incm I (DBRIX) | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 46. OAKMARK EQ & INC FD INV (OAKBX) | B | Dividend | K | T | | | | | |
| 47. OPPENHEIMER DEV MKTS FD CL A (ODMAX) | | None | | | Sold | 09/06/19 | J | | |
| 48. PAYDEN EQ INC FD INV (PYV1Z) | B | Dividend | K | T | | | | | |
| 49. POPLAR FOREST PARTNRS INST (IPFPX) | | None | | | Sold | 05/02/19 | K | | |
| 50. THORNBURG BETTER WORLD INTL I (TBWIX) | A | Dividend | J | T | | | | | |
| 51. TWEEDY BROWNE GLBL VAL FD (TBGVX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Vang Emrg Mkts Stk Index FD ADM Shrs (VEMAX) | A | Dividend | J | T | Buy | 09/09/19 | J | | |
| 53. | Vang Extended Market Index FD ADM Shrs (VEXAX) | A | Dividend | J | T | Buy | 09/27/19 | J | | |
| 54. | VANG TOT INTL STK INDX ADM (VTIAX) | A | Dividend | K | T | | | | | |
| 55. | Vang 500 Indx FD Admiral Shrs (VFIAX) | A | Dividend | K | T | | | | | |
| 56. | TRUST ACCT #3 (H) | | | | | | | | | |
| 57. | SCHWAB ONE CASH ACCT (CASH) | A | Interest | J | T | | | | | |
| 58. | BERKSHIRE HATHAWAY (BRKB) | | None | K | T | | | | | |
| 59. | ARK WEB X.0 ETF (ARKW) | | None | J | T | | | | | |
| 60. | VANGUARD TOTAL STOCK MKT ETF (VTI) | A | Dividend | K | T | | | | | |
| 61. | VANGUARD TOTAL WORLD STOCK ETF (VT) | A | Dividend | K | T | | | | | |
| 62. | THORNBURG STRATEGIC INC FD I (TSIIX) | A | Dividend | J | T | | | | | |
| 63. | ZEO STRATEGIC INCM FD I (ZEOIX) | A | Dividend | J | T | | | | | |
| 64. | American Century Focused Dynamic Gwth I (ACFSX) | | None | J | T | Buy | 05/02/19 | J | | |
| 65. | OAKMARK EQUITY & INCOME FD I (OAKBX) | B | Dividend | K | T | | | | | |
| 66. | OPPENHEIMER DEV MKTS FD A (ODMAX) | | None | | | Sold | 09/09/19 | J | | |
| 67. | PAYDEN EQUITY INCOME FD I (PYVIZ) | B | Dividend | K | T | | | | | |
| 68. | POPLAR FOREST PARTNERS I (IPFPX) | | None | | | Sold | 05/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. THORNBURG BETTER WORLD I (TBWIX) | A | Dividend | J | T | | | | | |
| 70. TWEEDY BROWNE GLOBAL VAL FD (TBGVX) | A | Dividend | J | T | | | | | |
| 71. Vanguard Emrg Mkts Stk Index FD ADM Shrs (VEMAX) | A | Dividend | J | T | Buy | 09/09/19 | J | | |
| 72. Vanguard 500 Index FD Admiral Shrs (VFIAX) | A | Dividend | K | T | | | | | |
| 73. TRUST ACCT #4 (H) | | | | | | | | | |
| 74. SCHWAB ONE CASH ACCT (CASH) (Y) | | | | | | | | | |
| 75. ARK WEB X.0 ETF (ARKW) | | None | J | T | | | | | |
| 76. TEMPLETON GLOBAL BOND FUND CL A (TPINX) | A | Dividend | | | Sold | 09/26/19 | J | | |
| 77. ZEO STRATEGIC INCM FD I (ZEOIX) | A | Dividend | J | T | | | | | |
| 78. American Century Focused Dynamic Gwth I (ACFSX) | | None | K | T | Buy | 05/03/19 | K | | |
| 79. Buffalo Discovery Fund Inst (BUITX) | B | Dividend | J | T | Buy | 09/27/19 | J | | |
| 80. COHEN & STEERS REALTY SHS (CSRSX) (Y) | | | | | | | | | |
| 81. Doubleline Colony Real Estate & Incm I (DBRIX) | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 82. OAKMARK EQUITY & INCOME FD INV (OAKBX) | B | Dividend | K | T | | | | | |
| 83. OPPENHEIMER DEVELOPING MKTS FD CL A (ODMAX) | | None | | | Sold | 09/06/19 | J | | |
| 84. PAYDEN EQUITY INCOME FD I (PYVIZ) | B | Dividend | K | T | | | | | |
| 85. POPLAR FOREST PARTNERS CL INST (IPFPX) | | None | | | Sold | 05/02/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Vang Emrg Mkts Stk Index FD ADM Shrs (VEMAX) | A | Dividend | J | T | Buy | 09/09/19 | J | | |
| 87. Vanguard Extended Market Index FD ADM Shrs (VEXAX) | A | Dividend | K | T | | | | | |
| 88. VANGUARD TOTAL INTL STK INDEX ADM (VTIAX) | A | Dividend | K | T | | | | | |
| 89. Vanguard 500 Index FD Admiral Shrs (VFIAX) | B | Dividend | L | T | | | | | |
| 90. TRUST ACCT #5 (H) | | | | | | | | | |
| 91. SCHWAB ONE CASH ACCOUNT (cash) | A | Interest | J | T | | | | | |
| 92. BERKSHIRE HATHAWAY (BRKB) | | None | K | T | | | | | |
| 93. ENERGY SELECT SECTOR SPDR (XLE) | A | Dividend | | | Sold | 08/05/19 | J | | |
| 94. ISHARES MSCI PACIFIC EX JAP (EPP) | A | Dividend | | | Sold | 09/12/19 | J | | |
| 95. PIMCO SHORT TERM INSTL (PTSHX) | A | Dividend | J | T | Sold (part) | 12/30/19 | J | | |
| 96. COHEN & STEERS REALTY SHS (CSRSX) | A | Dividend | | | Sold | 08/05/19 | J | | |
| 97. THORNBURG BETTER WORLD INTL I (TBWIX) | A | Dividend | J | T | Sold (part) | 12/30/19 | J | | |
| 98. Vanguard Extended Market Index FD ADM Shrs (VEXAX) | A | Dividend | K | T | Buy (add'l) | 09/16/19 | J | | |
| 99. VANGUARD TOTAL STOCK MKT IDX FD ADM (VTSAX) | A | Dividend | K | T | | | | | |
| 100. TRUST ACCT #6 (H) | | | | | | | | | |
| 101. SCHWAB MARKETTRACK GROWTH (SWHGX) | B | Dividend | K | T | Buy | 12/27/19 | K | | |
| 102. BROKERAGE ACCT #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. CHARLES SCHWAB BANK SWEEP (cash) | A | Interest | K | T | | | | | |
| 104. SCHWAB VALUE ADVANTAGE (SWVXX) (CASH) | B | Dividend | M | T | | | | | |
| 105. BROKERAGE ACCT #2 (H) | | | | | | | | | |
| 106. SCHWAB ONE CASH ACCT (cash) | A | Interest | K | T | | | | | |
| 107. PPG INDUSTRIES, I 2.3%19 (693506BH9) | B | Interest | | | Redeemed | 11/11/19 | K | | |
| 108. MYLAN NV 3.75%20F (62854AAL8) | A | Interest | J | T | Redeemed (part) | 12/20/19 | K | | |
| 109. KRAFT HEINZ FOODS 3.5%22 (50077LAJ5) | A | Interest | K | T | | | | | |
| 110. General Motors F 3.55%23 (37046ADM4) | A | Interest | K | T | Buy | 06/10/19 | K | | |
| 111. JP Morgan Chase & 2.5%26 (48128GP79) | | None | K | T | Buy | 12/19/19 | K | | |
| 112. CLOVIS NM GRT 3%19 (189387CG6) | A | Interest | | | Redeemed | 06/01/19 | K | | |
| 113. NM ST SEVERANCE 2.25%19 TAX SPL (647310Y96) | A | Interest | | | Redeemed | 07/01/19 | J | | |
| 114. NM ST SEVERANCE TAX 4%20 (647310L58) | A | Interest | K | T | | | | | |
| 115. BELEN NM CNS SD #2 3%20 GO UTX (077581NZ5) | A | Interest | K | T | | | | | |
| 116. LAS CRUCES NM SD #2 5%25 (517534RA3) | A | Interest | K | T | | | | | |
| 117. HOBBS NEW MEX 5%50 (43385PAG4) | B | Interest | K | T | | | | | |
| 118. ABBOTT LABORATORIES (ABT) | A | Dividend | K | T | | | | | |
| 119. ALLIANCE DATA SYSTEM (ADS) | A | Dividend | | | Sold (part) | 09/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 09/17/19 | J | | |
| 121.  ASTRAZENECA PLC (AZN) | A | Dividend | K | T | | | | | |
| 122.  Carlisle Co (CSL) | A | Dividend | K | T | Buy | 09/17/19 | K | | |
| 123.  EQUINOR (EQNR) (FORMERLY STATOIL (STO)) | A | Dividend | K | T | | | | | |
| 124.  Fedex Corp (FDX) | A | Dividend | K | T | Buy | 05/28/19 | K | | |
| 125. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 126.  FIAT CHRYSLER AUTO (FCAU) | C | Dividend | | | Sold | 09/19/19 | J | | |
| 127.  HOME DEPOT (HD) | A | Dividend | K | T | | | | | |
| 128.  KONINKLIJKE PHILIPS (PHG) | A | Dividend | K | T | | | | | |
| 129.  Nextra Energy Inc (NEE) | A | Dividend | K | T | Buy | 11/25/19 | K | | |
| 130.  PAYPAL HOLDINGS (PYPL) | | None | L | T | | | | | |
| 131.  SALESFORCE.COM (CRM) | | None | K | T | | | | | |
| 132.  SS&C Technologs Hldg (SSNC) | A | Dividend | K | T | Buy | 11/25/19 | K | | |
| 133.  TENCENT HOLDINGS (TCEHY) | A | Dividend | K | T | | | | | |
| 134.  TEXAS CAPITAL BANCSHARES (TCBI) | | None | J | T | | | | | |
| 135.  TOTAL S A (TOT) | A | Dividend | J | T | | | | | |
| 136.  UNITEDHEALTH GRP (UNH) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  VOLKSWAGEN A G (VWAGY) | A | Dividend | K | T | | | | | |
| 138.  ISHARES CORE S&P 500 (IVV) | B | Dividend | L | T | | | | | |
| 139.  VANGUARD EXTENDED MARKET (VXF) | A | Dividend | K | T | | | | | |
| 140.  VANGUARD TOTAL STOCK (VTI) | B | Dividend | L | T | | | | | |
| 141.  ZEO STRATEGIC INCM FD I (ZEOIX) | A | Dividend | K | T | | | | | |
| 142.  AMG YACKTMAN FD I (YACKX) | D | Dividend | L | T | | | | | |
| 143.  BUFFALO DISCOVERY FUND (BUFTX) | | None | | | Sold | 08/08/19 | K | | |
| 144.  Buffalo Discovery Fund (BUITX) | C | Dividend | K | T | Buy | 08/08/19 | K | | |
| 145.  MATTHEWS ASIAN GROWTH & INC FD I (MACSX) | A | Dividend | K | T | Sold (part) | 09/12/19 | K | | |
| 146. | | | | | Buy (add'l) | 09/13/19 | K | | |
| 147.  OAKMARK EQUITY & INCOME FD I (OAKBX) | C | Dividend | K | T | | | | | |
| 148.  PARNASSUS ENDEAVOR FD I (PFPWX) | A | Dividend | K | T | | | | | |
| 149.  PAYDEN EQUITY INCOME FD I (PYVIZ) | B | Dividend | K | T | | | | | |
| 150.  THORNBURG BETTER WORLD I (TBWIX) | A | Dividend | K | T | | | | | |
| 151.  THORNBURG INVT INCOME BLDR FD CL I (TIBIX) | B | Dividend | K | T | | | | | |
| 152.  TWEEDY BROWNE GLOBAL VAL FD (TBGVX) | A | Dividend | K | T | | | | | |
| 153.  VANGUARD DIV GROWTH FD INV SHS (VDIGX) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Evans, Barbara S. | 07/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. VANGUARD TOTAL INTL STK IDX ADM (VTIAX) | A | Dividend | K | T | | | | | |
| 155. WEYERHAEUSER CO (WY) | A | Dividend | | | Sold | 11/25/19 | K | | |
| 156. 401K ACCT #1 (H) | | | | | | | | | |
| 157. AMERICAN FUNDS 2040 TARGET DATE FUND R4 (RDGTX) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Evans, Barbara S.** | 07/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 7: The primary purpose of this business is agricultural. My role involves monitoring the acquisition of new farming properties, reviewing milk production, and some personnel issues.

Part VII, line 5: Valuation of this item is based upon the estimated value of real estate. A more precise valuation is not available.

Part VII, line 6: Valuation of this item is based upon the estimated value of gas and oil investments. A more precise valuation is not available.

Vang 500 Indx FD Admiral Shrs (VFIAX) was VANG 500 INDX FD INV SHS (VFINX).

Vanguard Extended Market Index FD ADM Shrs (VEXAX) was VANGUARD EXTENDED MARKET INDEX FD INV SHRS (VEXMX).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Barbara S. Evans**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544